■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM HOLMES, Appellant.—Judgment, Supreme Court, New York County (Allen Alpert, J.), rendered on November 12, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Asch, Kassal and Wallach, JJ.

■ BARCLAYS AMERICAN/BUSINESS CREDIT, INC., Respondent, v JEROME COOPER, Appellant.—Order, Supreme Court, New York County (Martin Stecher, J.), entered on April 15, 1988, unanimously affirmed for the reasons stated by Martin Stecher, J., without costs and without disbursements. Concur—Kupferman, J. P., Ross, Kassal, Rosenberger and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD TURNER, Appellant.—Judgment, Supreme Court, Bronx County (Nicholas Figueroa, J.), rendered on February 21, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Kassal, Rosenberger and Smith, JJ.